IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RIDING FILMS, INC.,**

    **Plaintiff,**

  vs.                             **Civil Action 2:13-cv-44**
                                       **Judge Marbley**
                                       **Magistrate Judge King**

**JOHN DOES 1-65,**

    **Defendants.**

<u>**ORDER**</u>

    On January 8, 2015, the United States Magistrate Judge recommended that *Plaintiffs' Motion for Default Judgment*, ECF 29, be granted in part and denied in part. *Report and Recommendation*, ECF 35. It was specifically recommended (1) that defendant Gil Apmadoc, the only defendant remaining in the action, be permanently enjoined from directly or indirectly infringing plaintiff's copyrighted works, including by use of the internet to reproduce, copy, distribute, or make available for distribution to the public plaintiff's copyrighted works, unless plaintiff provides defendant with a license or express permission, (2) that defendant Gil Apmadoc be ordered to destroy all copies of plaintiff's motion picture *Dawn Rider* that defendant Gil Apmadoc has downloaded onto any computer hard drive or server without plaintiff's authorization and all copies that have been transferred onto any physical medium or device in defendant Gil Apmadoc's possession, custody, or control, and (3) that plaintiff be awarded statutory damages as against defendant Gil Apmadoc in the amount of

$6,000 and attorneys' fees and costs in the total amount of $1,964.57. *Id*. Plaintiff was advised of its right to object to the recommendation and of the consequences of its failure to do so, but has nevertheless failed to file an objection.

The *Report and Recommendation*, ECF 35, is **ADOPTED AND AFFIRMED**. *Plaintiffs' Motion for Default Judgment*, ECF 29, is **GRANTED in part** and **DENIED in part**.

Defendant Gil Apmadoc is **PERMANENTLY ENJOINED** from directly or indirectly infringing plaintiff's copyrighted works, including by use of the internet to reproduce, copy, distribute, or make available for distribution to the public plaintiff's copyrighted works, unless plaintiff provides defendant with a license or express permission. defendant Gil Apmadoc is **ORDERED** to destroy all copies of plaintiff's motion picture *Dawn Rider* that defendant Gil Apmadoc has downloaded onto any computer hard drive or server without plaintiff's authorization and all copies that have been transferred onto any physical medium or device in defendant Gil Apmadoc's possession, custody, or control. Plaintiff is **AWARDED** statutory damages as against defendant Gil Apmadoc in the amount of $6,000 and attorneys' fees and costs in the total amount of $1,964.57.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** accordingly.

                                         s/Algenon L. Marbley
                                         Algenon L. Marbley
                                    United States District Judge